**64**

Wendell Clay WILSON

v.

STATE.

No. 0371–90.

Court of Criminal Appeals of Texas,
En Banc.

June 19, 1991.

On appellants' petition for discretionary review: judgment of the court of appeals reversed: cause remanded to that court.

Charles Richard AYCOCK

v.

STATE.

No. 0679–91.

Court of Criminal Appeals of Texas,
En Banc.

Sept. 11, 1991.

On appellants' petition for discretionary review: granted and remanded to the Court of Appeals.

Carlos Herman MONTANO

v.

STATE.

No. 0682–91.

Court of Criminal Appeals of Texas,
En Banc.

Sept. 11, 1991.

On appellants' petition for discretionary review: granted and remanded to the Court of Appeals.